[No. 10463–6–II.   Division Two.   March 4, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. QUARTERMAN J. LAWTON, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 85–1–00570–1, Richard A. Strophy, J., entered October 8, 1986. *Reversed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Alexander, J.

[No. 9018–0–II.   Division Two.   March 4, 1988.]

KAREN ANDERSON, *Respondent,* v. JOSEPH MENTOR, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 84–3–00647–7, William L. Brown, Jr., J., entered June 28, 1985. *Dismissed* by unpublished opinion per Alexander, A.C.J., concurred in by Verharen, J. Pro Tem., Yencopal, J. Pro Tem., dissenting.

[No. 21222–2–I.   Division One.   March 7, 1988.]

*In the Matter of the Personal Restraint of*
RORY A. STAR, *Petitioner.*

Petition for relief from personal restraint *remanded* by unpublished per curiam opinion.

[No. 18888–7–I.   Division One.   March 7, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. GARLAND K. BEARDEN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 86–1–00083–1, Gerald L. Knight, J., entered July 25, 1986. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Williams and Coleman, JJ.